United States District Court
Southern District of Texas
**ENTERED**
February 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER ADAM RAY, SPN #02902212, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-24-4147 |
| HARRIS COUNTY SHERIFFS OFFICE DETENTION CENTER, | § § § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED without prejudice** as to Ray's prosecution of the claims in Civil No. H-24-3808.

**SIGNED** at Houston, Texas, on this 25th day of FEBRUARY, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE